893 F.2d 1330
 The Hilmon Company, Inc.
v.
Hyatt International, Hyatt Corp., Criswell Development
Corp., Mahogany Run Development Corp., Armour Joint Venture,
Lovenlund Resorts, James Armour Enterprises, Schulze
(Richard L.), Criswell (William, Sharon), Armour (James),
Wheaton (Homer), Hyatt Development Corp.
 NOS. 89-3329, 89-3675
 United States Court of Appeals,
Third Circuit.
 DEC 22, 1989
 
 1
 Appeal From: D.V.I.
 
 
 2
 DISMISSED IN PART AND AFFIRMED IN PART.